IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDRE W. WARFIELD,

                Petitioner,                ORDER

      v.                                      08-cv-0477-slc

GREG GRAMS, Warden,
Columbia Correctional Institution,

                Respondent.

---

      In an order entered March 9, 2009, I indicated that petitioner needed to pay the $455 filing fee or file an application for leave to proceed <u>in forma pauperis</u> in order to proceed on appeal. At the time, I was not aware that petitioner had already paid the appellate filing fee. Accordingly, that portion of the March 9 order is stricken.

      Entered this 12th day of March, 2009.

                                  BY THE COURT:

                                  /s/

                                  BARBARA B. CRABB
                                  District Judge