IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDRE W. WARFIELD,

           Petitioner,           ORDER

v.           08-cv-0477-slc

GREG GRAMS, Warden,
Columbia Correctional Institution,

           Respondent.

---

Petitioner Andre Warfield has submitted a letter to the court in which he asks about the status of his case. On August 17, 2009, the Court of Appeals for the Seventh Circuit issued an order affirming this court's decision to deny Warfield's habeas petition. Warfield v. Grams, 2009 WL 2488376 (7th Cir. Aug. 17, 2009) (unpublished slip opinion), dkt. #25. Petitioner appears to believe that his case is still open or that further proceedings will take place, presumably because the court of appeals has informed him that his case has been returned to this court. Petitioner is mistaken. After the court of appeals decides a case, it returns the documents to the district court that issued the judgment under review. This is a standard practice that occurs in every case. It does not mean that the case is still open or that further proceedings will be held. Petitioner's case ended with the court of appeals' August 17 order. If petitioner is unhappy with that decision, then he may seek further

review from the United States Supreme Court. However, there will be no further proceedings in this court. Petitioner's case is closed.

Entered this 30th day of December, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge